Form G5 (20241101)

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case Number: 25-09454 |
| | ) | |
| Daniel C Rumney, | ) | Chapter: 13 |
| | ) | |
| Mary Ellen Ball, | ) | Honorable Timothy A. Barnes |
| aka Mary Ellen Poole, | ) | |
| Debtor(s) | ) | |

**AGREED REPAYMENT ORDER IN SETTLEMENT OF
MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

　　This case is before the court on the motion of Movant, USAA Federal Savings Bank ("Movant"), to modify the automatic stay and for the personal property known as 2018 Subaru Crosstrek (VIN: JF2GTADC7J8202984) (the "Property"). The parties, through their attorneys, agree as follows in settlement of the Motion:

　1. As of January 16, 2026, the Debtors are current and due for the February 3, 2026, payment. Movant has incurred attorney fees and costs as a result of the Motion, in the amount of $649.00. The total delinquency to be cured is therefore $649.00.

| | |
|---|---|
| Attorneys' Fees & Costs | $649.00 |
| Total | $649.00 |

　2. In addition to the Debtors' regular monthly payment beginning with the payment on February 3, 2026, Debtor agrees to cure the post-petition delinquency in the amount of $649.00 by tendering the following payments by the corresponding dates:

　　a. $108.17  on or before February 15, 2026;
　　b. $108.17  on or before March 15, 2026;
　　c. $108.17  on or before April 15, 2026;
　　d. $108.17  on or before May 15, 2026;
　　e. $108.17  on or before June 15, 2026;
　　e. $108.17  on or before July 15, 2026;

　　The aforesaid payments shall be made payable to Consumer Payment Processing- Robertson, Anschutz, Schneid, Crane & Partners, PLLC, PO Box 272310 , Boca Raton, FL 33427, and received in the form of money orders, cashiers' checks, or ACH payments.

　　3. If Movant does not receive any two payments required under Paragraph 2 by the date due, Movant may issue a Notice of the Default stating the amount of the default and giving the Debtor 14 days to cure the default. The Notice of Default must be filed with the court with a certificate of service on the Debtor and the Debtor's lawyer. If the Debtor does not cure the default within 14 days from the filing date of the Notice of Default, then Movant may file a Notice of Termination of the Stay with a certificate of service on the Debtor and the Debtor's lawyer. The Notice of Termination terminates the automatic stay to permit Movant to exercise its in rem rights under non-bankruptcy law in the Collateral. Notwithstanding anything to the contrary in Fed. R. Bankr. P. 4001(a), the Notice of

Form G5 (20241101)

Termination will be effective immediately.

    4. If Debtor brings the loan post-petition current within that 14-day period, proof of cure must be received by Movant's attorneys via e-mail, and at 6400 Shafer Ct., Suite 325, Rosemont, IL 60018 within fourteen (14) days from the date the Notice of Default was sent.

| | |
|---|---|
| /s/ David Browne | /s/ Michelle Mandroiu |
| Attorney for Movant | Attorney for Debtor |
| Robertson, Anschutz, Schneid, Crane & Partners, PLLC | Cutler & Associates, Ltd. |
| 6400 Shafer Ct., Suite 325 | 4131 Main St. |
| Rosemont, IL 60018 | Skokie, IL 60076 |
| Cell: (872) 204-6194 | Phone: 847-673-8600 |
| Email: dbrowne@raslg.com | Email: cutlerfilings@gmail.com |

Enter:

Dated: 1/27/2026

United States Bankruptcy Judge

**Prepared by:**
David Browne
Robertson, Anshutz, Schneid & Partners, PLLC
dbrowne@raslg.com